IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS YOUNG,

    Plaintiff,

      v.

                          CIVIL ACTION FILE
                          NO. 1:05-CV-2781-TWT

FULTON COUNTY
GOVERNMENT, et al.,

    Defendants.

OPINION AND ORDER

       This is an employment discrimination action.  It is before the Court on the Report and Recommendation [Doc. 24] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 17].  No objections to the Report and Recommendation were filed.  The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The Defendants' Motion for Summary Judgment [Doc. 17] is GRANTED.

       SO ORDERED, this 20 day of October, 2006.


                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge